UNITED STATES of America, Plaintiff—Appellee,

v.

Jorge LANDA–PALAFOX, Defendant— Appellant.

No. 05–30099.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 22, 2006.

James P. Hagarty, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff—Appellee.

Nicholas W. Marchi, Esq., Kennewicik, WA, for Defendant—Appellant.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jorge Landa–Palafox appeals from the 145–month sentence imposed pursuant to his guilty-plea conviction for two counts of distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The district court did not clearly err in denying Landa–Palafox a downward adjustment for being a minor participant. *See United States v. Cantrell,* 433 F.3d 1269, 1282–83 (9th Cir.2006). Further, because Landa–Palafox had more than one criminal history point, the district court properly found him ineligible for application of the safety-valve. *See* 18 U.S.C. § 3553(f)(1); *United States v. Mulloy,* 3 F.3d 1337, 1339–40 (9th Cir.1993). Finally, we conclude that the district court applied a reasonable sentence. *See United States v. Plouffe,* 436 F.3d 1062, 1063 (9th Cir. 2006).

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

1. Walker's motion to strike the appellees' brief is denied.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.